

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:15CR*148*
21 U.S.C. 841(a)(1)
21 U.S.C. 841(b)(1)(C)

LYNDON MOSELY, JR.,
a/k/a "Pee Wee"

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about March 11, 2015 in the Northern District of Mississippi, LYNDON MOSELY, JR., defendant, did knowingly and intentionally distribute cocaine base (crack cocaine), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### Forfeiture Provision

This indictment charges the defendant, LYNDON MOSELY, JR., with a violation of Title 21, United States Code, Section 841(a)(1). Pursuant to Title 21, United States Code, Section 853, upon conviction of any said violations of the law, defendant shall forfeit to the United States (1) any property obtained, directly or indirectly, as the result of such violation(s), and (2) any of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

Further, if any of the property described as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of this Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant.

**A TRUE BILL**

_____
**UNITED STATES ATTORNEY**

/s/ *Signature Redacted*
**FOREPERSON**